IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAROL WALSH,                     CIVIL DIVISION

    Plaintiff,

                                  2:23-cv-01828

COUNTY OF ALLEGHENY,

    Defendant.

### JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

    On behalf of the Plaintiff, Carol Walsh, and the Defendant, Allegheny County, by and through the Allegheny County Law Department, the Parties hereby stipulate and agree to the dismissal of the above-captioned matter in its entirety. Please kindly dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs.

                                  *s/ James L. Welsh*
                                  James L. Welsh
                                  Pa. I.D. 58790

                                  The Welsh Law Group, LLC
                                  3875 Franklintowne Court
                                  Suite 130
                                  Murrysville, PA 15668
                                  (724) 519-2122
                                  jwelsh@thewklaw.com
                                  *Counsel for Plaintiff*

                                  */s/ Jake S. Lifson*
                                  Jake S. Lifson
                                  Assistant County Solicitor
                                  Pa. I.D. #201384

                                  ALLEGHENY COUNTY LAW DEPARTMENT
                                  300 Fort Pitt Commons Building
                                  445 Fort Pitt Boulevard
                                  Pittsburgh, PA 15219
                                  (412) 350-1108
                                  jake.lifson@alleghenycounty.us
                                  *Counsel for Defendant*

It is so ordered this 24th day of October 2025.

_____
Marilyn J. Horan
United States District Judge